UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW COPPLE, JUSTIN WARD, JEREMY FISCHER, and THOMAS JAY MORIARTY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARTHUR J. GALLAGHER & CO., a foreign corporation; ARTHUR J. GALLAGHER & CO. (ILLINOIS), a foreign corporation; ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, a foreign limited liability company; ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., a foreign corporation; CITY OF BELLEVUE, a municipal corporation; and DOES 1-20,<br><br>Defendants. | CASE NO. 2:22-cv-00116-LK<br><br>VERIFICATION OF STATE COURT RECORDS |

Pursuant to LCR 101(b), the undersigned counsel for Defendants Arthur J. Gallagher & Co.; Arthur J. Gallagher & Co. (Illinois); Arthur J. Gallagher Service Company, LLC; and Arthur J. Gallagher Risk Management Services, Inc. hereby verifies that the documents attached as **Exhibit A** are true and correct copies of the records and proceedings on file in the state court action as of the date of removal.

VERIFICATION OF STATE COURT RECORDS - 1
NO. 2:22-CV-00116-LK

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

DATED this 11th day of February, 2022.

STOKES LAWRENCE, P.S.

By: */s/ Molly A. Terwilliger*
    Molly A. Terwilliger, WSBA No. 28449
    1420 5th Avenue, Suite 3000
    Seattle, WA 98101
    Telephone: (206) 626-6000
    Fax: (206) 464-1496
    Email: molly.terwilliger@stokeslaw.com

Attorneys for Defendants Arthur J. Gallagher & Co., Arthur J. Gallagher & Co. (Illinois), Arthur J. Gallagher Service Company, LLC, and Arthur J. Gallagher Risk Management Services, Inc.

VERIFICATION OF STATE COURT RECORDS - 2
NO. 2:22-CV-00116-LK

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

# **DECLARATION OF SERVICE**

I hereby declare that on this 11th day of February, 2022, I caused a copy Verification of State Court Records to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy W. Emery,
Patrick B. Reddy
Emery Reddy, PLLC
600 Stewart St. Ste 1100
Seattle, WA 98101
emeryt@emeryreddy.com
reddyp@emeryreddy.com
Attorneys for Plaintiffs Justin Ward, Matthew Copple, Thomas J. Moriarty, Jeremy Fischer

Cheryl Ann Zakrzewski
Chad R. Barnes
City of Bellevue
P.O. Box 90012
450 110th Ave. NE
Bellevue, WA 98009
czakrzewski@bellevuewa.gov
cbarnes@bellevuewa.gov
Attorneys for Defendant City of Bellevue

Jonah O. Harrison
Denise L. Ashbaugh
Arete Law Group PLLC
1218 3rd Ave., Suite 2100
Seattle, WA 98101
jharrison@aretelaw.com
dashbaugh@aretelaw.com
Attorneys for Defendant City of Bellevue

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

/s/ Anneke Lee
Anneke Lee, Practice Assistant
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax: (206) 464-1496

VERIFICATION OF STATE COURT RECORDS - 3
NO. 2:22-CV-00116-LK

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000